John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
Alejandro Marin (SBN 329185)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Facsimile: 310-507-7906
*john@kristensenlaw.com*
*jesenia@kristensenlaw.com*
*alejandro@kristensenlaw.com*

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALLYN DULABAY, an individual, </br></br> Plaintiff, </br> vs. </br></br> APEX HOME CARE, LLC, a California Corporation; TESS PEREZ, an individual; ROSE DE LA CUESTA, an individual; and DOES 1 through 10, inclusive, </br></br> Defendants. | Case No.: 8:20-cv-01377-SVW-KESx </br></br> **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

**COMES NOW** plaintiff ALLYN DULABAY ("Plaintiff"), by and through her counsel of record, and files Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. 68.

1. Plaintiff filed this action on July 28, 2020 [Dkt. 1].

2. On December 23, 2020, Defendants served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $25,000.00. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the electronic filing system to Defendants' attorneys of record.

Dated: December 29, 2020

Respectfully submitted,

**KRISTENSEN LLP**

*/s/ Jesenia A. Martinez*
John P. Kristensen
Jesenia A. Martinez
Alejandro Marin

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 29, 2020, the foregoing document titled **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** and accompanying document were served via CM/ECF upon all participants of record, including the parties listed below pursuant to Federal Rule of Civil Procedure 5:

Todd B. Scherwin
Hannah Sweiss
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
Email: tscherwin@fisherphillips.com
           hsweiss@fisherphillips.com

*Counsel for All Defendants*

                                                            */s/ Jesenia A. Martinez*
                                                            Jesenia A. Martinez