JS-6

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALLYN DULABAY, an individual, | Case No.: 8:20-cv-01377-SVW-KESx |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| APEX HOME CARE, LLC, a California Corporation; TESS PEREZ, an individual; ROSE DE LA CUESTA, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

On December 23, 2020, defendants Apex Home Care, LLC, Tess Perez, and Rose De La Cuesta (collectively, "Defendants") served plaintiff Allyn Dulabay ("Plaintiff") with an Offer of Judgment in this action in the total amount of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), inclusive of costs and attorneys' fees, pursuant to Fed. R. Civ. P. 68. On December 29, 2020, Plaintiff accepted the Offer. Dkt. 35.

In accordance with the Offer of Judgment and Notice of Acceptance [Dkt. 35] filed on December 29, 2020, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), inclusive of costs and attorneys' fees, and pursuant to Fed. R. Civ. P. 68, with interest at the legal rate of ten percent (10%) per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: February 5, 2020

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE