1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ALLYN DULABAY, an individual, | Case No.: 8:20-cv-01377-SVW-KESx |
| Plaintiff, | |
| vs. | **ORDER TO CLERK TO ENTER SATISFACTION OF JUDGMENT AND DISMISSING MATTER WITH PREJUDICE** |
| APEX HOME CARE, LLC, a California Corporation; TESS PEREZ, an individual; ROSE DE LA CUESTA, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1    Upon consideration of plaintiff Allyn Dulabay's ("Plaintiff") Notice of

2  Satisfaction of Judgment and the parties' Joint Request for Dismissal, and good

3  cause appearing, it is hereby **ORDERED** that this case is **DISMISSED WITH**

4  **PREJUDICE** as to Plaintiff's claims against defendants Apex Home Care, LLC,

5  Tess Perez, Rose De La Cuesta ("Defendants") and the Clerk of Court is hereby

6  authorized and directed to make an entry of the full and complete satisfaction on

7  the docket of said Judgment.

8

9    **IT IS SO ORDERED.**

10

11

12    Dated: February 16, 2021    _____

13    HONORABLE STEPHEN V. WILSON
      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28